# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 508 |
| | : | |
| REAPPOINTMENTS TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2018, the Honorable Beth A. Lazzara, Allegheny County, and Peter Rosalsky, Esquire, Philadelphia, are hereby reappointed as members of the Criminal Procedural Rules Committee for a term of three years, commencing February 4, 2019.